# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**BASIL MONCRIEFFE,**

    **Plaintiff,**

v.                                          Case No. 4:17cv297-MW/GRJ

**STATE OF FLORIDA, et al.,**

    **Defendants.**

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The motion to dismiss, ECF No. 4, is **GRANTED**. Leave to proceed as a pauper, ECF No. 2, is **DENIED**. This case is **DISMISSED** as frivolous. The dismissal of this case as frivolous shall

1

operate as a "strike" pursuant to 28 U.S.C. § 1915(g)." The Clerk shall close the file.

**SO ORDERED on September 19, 2017.**

<u>**s/Mark E. Walker**</u> \_\_\_\_
**United States District Judge**